# EXHIBIT 1

- Skip past navigation
- On a mobile phone? Check out m.twitter.com!
- Skip to navigation
- Skip to sign in form

**twitter**

Have an account? Sign in

Username or email [          ]

Password [          ]

[Sign in]  ☐ Remember me

Forgot password?

Forgot username?

Already using Twitter on your phone?

# Get short, timely messages from Brian D. Hill.

**Twitter is a rich source of instantly updated information. It's easy to stay updated on an incredibly wide variety of topics. Join today and follow @USWGO.**

[Sign Up]

Get updates via SMS by texting **follow USWGO** to **40404** in the United States

Two-way (sending and receiving) short codes:

| Country | Code | For customers of |
|---|---|---|
| Australia | 0198089488 | Telstra |
| Canada | 21212 | (any) |
| United Kingdom | 86444 | Vodafone, Orange, 3, O2 |
| Indonesia | 89887 | AXIS, 3, Telkomsel |
| Ireland | 51210 | O2 |
| India | 53000 | Bharti Airtel, Videocon |
| Jordan | 90903 | Zain |
| New Zealand | 8987 | Vodafone, Telecom NZ |
| United States | 40404 | (any) |

Codes for other countries



**USWGO**

1. News: Germany bans sales of eggs, poultry and pork meat from 934 more farms amid dioxin scare: German auth... http://bit.ly/dK1x2W News: about 15 hours ago via twitterfeed
2. News: The Witch Hunt Begins: Citizen Spy Network Targets Political Speech and Gun Owners: A plethora of ty... http://bit.ly/fFEjwt News: about 15 hours ago via twitterfeed
3. News: Tucson shooting victim arrested after making threat: (Reuters) -- A victim of last week's Arizona sho... http://bit.ly/haHX8Y News: about 15 hours ago via twitterfeed
4. News: Father slapped with daily truancy fines while searching for missing daughter: A father from Hutto is... http://bit.ly/gVvG4W News: 4:50 AM Jan 13th via twitterfeed

- *Name* Brian D. Hill
- *Location* North Carolina
- *Web* http://uswgo.com
- *Bio* I am Brian D. Hill the founder of USWGO Alternative News. Follow USWGO to receive our latest news tweets. USWGO Alt News is all about bringing out the truth.

1,995 Following 1,174 Followers 66 Listed

- 3,593 Tweets
- Favorites

**Lists**

- @USWGO/interesting-people
- @USWGO/political-puppets
- @USWGO/nwo-plants

5. News: NIA Report being confirmed -- Food Prices in NC inflating in January: Think you can save money anymor... http://bit.ly/dVAfjp News: 10:41 PM Jan 12th via twitterfeed
6. News: Hewlett Packard in 2010/2011 reduces their inflating costs by placing them onto their consumers: All... http://bit.ly/hVfRLk News: 10:41 PM Jan 12th via twitterfeed
7. News: 1984 Arrives in America: Big Sis to address public via telescreens at checkout lanes. WASHINGTON — ... http://bit.ly/dHrf0Z News: 3:52 AM Jan 9th via twitterfeed
8. News: Western Civilization Has Shed Its Values: Western Civilization no longer upholds the values it procl... http://bit.ly/fSLrvD News: 3:52 AM Jan 9th via twitterfeed
9. News: Shot Congresswoman will lead to naked body scans at public events: The Establishment and the Militar... http://bit.ly/fcymqq News: 1:50 AM Jan 9th via twitterfeed
10. News: USWGO back after long hard battle with web hosts: Last month it was discovered a hacker had tinkered... http://bit.ly/hYGVM1 News: 1:50 AM Jan 9th via twitterfeed
11. News: Senators unveil anti-WikiLeaks bill: Sens. John Ensign (R-Nev.), Joe Lieberman (I-Conn.) and Scott B... http://bit.ly/eRFSby News: 3:48 AM Dec 6th, 2010 via twitterfeed
12. News: WikiLeaks' Assange has dispersed encrypted 'insurance' file with BP, Guantanamo data: An encrypted c... http://bit.ly/eC5jK6 News: 3:48 AM Dec 6th, 2010 via twitterfeed
13. News: BP Is Planning to Challenge Estimates of Oil Spill: BP intends to challenge official government esti... http://bit.ly/epgVMd News: 3:48 AM Dec 6th, 2010 via twitterfeed
14. News: Indiana County to Evict Man from Camper: 72-year-old Dick Thompson isn't sure if he wants to fight o... http://bit.ly/e4M9h5 News: 2:47 AM Dec 6th, 2010 via twitterfeed
15. News: China Is 'Scared' of U.S. Monetary Policy, Rogoff, Rickards Say: Policy makers in China, which holds... http://bit.ly/eif2Xk News: 3:17 AM Dec 5th, 2010 via twitterfeed
16. News: Police Arrested Twelve Year Old Boy for Refusing Vaccine at School: A child of twelve was charged wi... http://bit.ly/e8IOgo News: 3:17 AM Dec 5th, 2010 via twitterfeed
17. News: New Jersey man serving 7 years for guns he owned legally: EVERYTHING Brian Aitken was or had worked ... http://bit.ly/fMspMR News: 2:47 AM Dec 4th, 2010 via twitterfeed
18. News: The Secret The TSA Doesn't Want You To Know: While many Americans think they can skip being sexually... http://bit.ly/epXpv4 News: 1:45 AM Dec 4th, 2010 via twitterfeed
19. News: Arrest Assange? Arrest the Banksters Instead: So-called "fiscal conservative" radio talk show host T... http://bit.ly/fZiNKc News: 1:45 AM Dec 4th, 2010 via twitterfeed
20. News: Federal Court Orders First-Ever Destruction of a GMO Crop: Today Federal District Judge Jeffrey S. W... http://bit.ly/gbhZGN News: 1:45 AM Dec 4th, 2010 via twitterfeed

more

- @USWGO/bring-out-the-food-crises
- @USWGO/patriots-alliance
- @USWGO/alt-press-alliance

View all

**Following**



View all...

RSS feed of USWGO's tweets  RSS feed of USWGO's favorites

**Footer**

- © 2011 Twitter
- About Us
- Contact
- Blog
- Status
- Resources
- API
- Business
- Help
- Jobs
- Terms
- Privacy