# EXHIBIT 3

# Man arrested after ejaculating during TSA pat-down

December 1, 2010 by Brian D. Hill
Filed under Featured Showcase, U.S News

Leave a comment



Usual TSA Groping!

Author: n\a

Source: Dead Serious News

Date: November 21, 2010

A 47 year old gay man was arrested at San Francisco International Airport after ejaculating while being patted down by a male TSA agent. Percy Cummings, an interior designer from San Francisco, is being held without bail after the alleged incident, charged with sexually assaulting a Federal agent.

According to Cummings' partner, Sergio Armani, Cummings has "multiple piercings on his manhood" which were detected during a full body scan. As a result, Cummings was pulled aside for a pat-down. Armani stated that the unidentified TSA agent spent "an inordinate amount of time groping" Cummings, who had apparently become sexually aroused. Cummings, who has a history of sexual dysfunction, ejaculated while the TSA agent's hand was feeling the piercings. The TSA agent, according to several witnesses, promptly called for back up. Cummings was thrown to the ground and handcuffed.