# EXHIBIT 4

Type of Work:          Visual Material

Registration Number / Date:
                       VA0001751279 / 2010-12-08

Application Title: TSA Agent performs enhanced pat-downs.

Title:                 TSA Agent performs enhanced pat-downs.

Description:           Electronic file (eService)

Copyright Claimant:
                       Righthaven LLC, Transfer: By written agreement.

Date of Creation:  2010

Date of Publication:
                       2010-11-18

Nation of First Publication:
                       United States

Authorship on Application:
                       Media News Group, Inc., employer for hire; Domicile: United
                          States; Citizenship: United States. Authorship:
                          photograph.

Rights and Permissions:
                       Chief Executive Officer, Righthaven LLC, 9960 West Cheyenne
                          Avenue, Suite 210, Las Vegas, NV,  89129-7701, United
                          States, (702) 527-5900, sgibson@righthaven.com

Copyright Note:    C.O. correspondence.

Names:             Media News Group, Inc.
                   Righthaven LLC

==============================================================================