```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX034769
Cashier ID: sg
Transaction Date: 01/27/2011
Payer Name: RAISHA Y GIBSON
----------------------------------
CIVIL FILING FEE
 For: RAISHA Y GIBSON
 Amount:        $350.00
----------------------------------
CREDIT CARD
 Amt Tendered:  $350.00
----------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

11-CV-00211


A fee of $45.00 will be assessed on
any returned check.
```