IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **11-cv-211-JLK**

**RIGHTHAVEN, LLC, a Nevada limited liability company,**

      Plaintiff,

v.

**BRIAN D. HILL, an individual,**

      Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

This is one of thirty-two similarly situated cases filed in this district seeking relief for an alleged infringement of Plaintiff's copyright. Instead of proceeding piecemeal on a case-by-case basis, I think it most prudent to coordinate these cases in order to conserve the parties' and the court's resources. To that end, Plaintiff shall meet and confer with Defendants in each of the cases it has filed in this district. The parties shall discuss and propose a plan for the efficient resolution of these cases, and they shall submit such plan to me no later than February 28, 2011.

Dated: February 14, 2011