11-CV-00211-JLK

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 22 2011

GREGORY C. LANGHAM
CLERK

Answer to the summons:

This would be an extreme hardship for me to travel from North Carolina to Colorado for the following reasons:

1) I have a very brittle form of type one diabetes, hyperactive attention deficit disorder and mild autism.
2) I live on a fixed income from Supplemental Security Income (SSI). I have no money to pay for the trip to Colorado, a lawyer, court cost or for a settlement.

Exhibit 1 shows a screenshot of the article from the denverpost.com with the photo. It asks the readers to share this gallery. I am being sued for $150,000 for a photo that is on the denverpost.com, which is asking everyone to share this photo and the article with their friends.

Exhibit 2 shows how much money I live on each month, and I need this money to survive. This is my only source of income.

Exhibit 3 shows that SSI can't be garnished due to the fact that it violates Section 207 of the Social Security Act (42 U.S.C. 407).

**NOTE: Supplemental Security Income payments cannot be levied or garnished.**

http://ssa-custhelp.ssa.gov/app/answers/detail/a_id/426/kw/garnishment

Exhibit 4 shows proof of my medical conditions of high functioning autism, attention deficit disorder with hyperactivity and brittle diabetes. Insulin dependent diabetes mellitus which is brittle and can swing from very high sugars to very low sugars with seizures. This trip would be very hard on my body, and I have no money for this type of trip.

Exhibit 5 shows that my website was suspended on December 7, 2010. This summons says that Righthaven saw this photo on my website on December 1st, but they got the copyright for this photo on December 8th. My web site was down most of December and some of January because of server resource usage.

Exhibit 6 shows that the photo is not on my website. After I received this summons, which I feel is an attack on my freedom of speech (1st Amendment of the bill of rights under the U.S. Constitution), I removed everything on my website. The only webpage that is left on my domain is my explanation of why I no longer have a website.

My link:  www.uswgo.com

Exhibit 7 shows that the photo was not copyrighted when USWGO was on the internet.  The USWGO website was suspended on Dec.7, 2010, which means that the photo was not on the internet after it had been copyrighted.  The screenshot of the summons is attached.

I called Righthaven, and my mom and I tried to explain all of this, but the Righthaven representative told me that they want $6,000 and will garnish my SSI check at $50.00 a month until the $6,000 is paid.  I told this representative that I need every cent of this money to live off of.  He told me that if I continue this court case, that it will even cost me more than this $6,000.  I feel like this is legal extortion.  I really do not have this money and because of my disabilities will not have it in the near future.  I don't own anything of value, no house, no car, no extra savings and no credit cards.  I want this case dropped due to these reasons or the case moved to my home state of NC.  If the court refuses this, then I will have no other recourse but to countersue for damages done to me personally to my mental, emotional and physical health because of needless worry and hardships.  I have done nothing wrong and nothing to be sued for like this.  I have no attorney to represent me and will have to represent myself.  Twenty-one days does not give me enough time counting mailing time, making sure it gets to the courts by that time, and this worry effects my health adversely which even gives me less time.

I respectfully request that this case be dismissed.

Exhibit 1



Exhibit 2

SOCIAL SECURITY
1624 WAY ST
REIDSVILLE NC 27320

**Social Security Administration**
**Supplemental Security Income**
Important Information
Date: November 28, 2009



BRIAN DAVID HILL
413 N 2ND AVE
MAYODAN NC 27027-2412

We are writing to provide important information about Supplemental Security Income (SSI) payments. We are also including a list of some important changes to report to us.

**SSI Payments in 2010**

By law, SSI payments increase automatically to keep pace with inflation. When there is a period of no inflation, the law does not permit an increase in the SSI benefit rate. Based on the Consumer Price Index (CPI) published by the Department of Labor, there was no rise in the cost of living during the past year, so the SSI benefit rate will remain the same in 2010. The CPI is the federal government's official measure used to calculate cost-of-living increases.

**Changes to Report**

The SSI payment amount may change when a recipient's situation changes. To prevent incorrect SSI payments, the following changes must be reported to Social Security:

- the recipient starts or stops working;
- the recipient's wages increase or decrease;
- the recipient's other income increases or decreases;
- the recipient's bank account balance goes over $2,000 ($3,000 for a married couple);
- the recipient moves, or somebody moves into or out of the household; or
- the recipient gets married, divorced, or separated.

**NOTE:** When an adult recipient lives with a spouse, or a child recipient lives with a parent, you must report if the spouse or parent has any of these changes.

See Next Page

SSA-L8165

Exhibit 2

SOCIAL SECURITY
2402 FREEWAY DR
REIDSVILLE NC 27320

**Social Security Administration**
**Supplemental Security Income**
Important Information
Date: November 27, 2010



ROBERTA HILL
FOR BRIAN DAVID HILL
413 N 2ND AVE
MAYODAN NC  27027-2412

We are writing to tell you important information about your January 2011 Supplemental Security Income (SSI) payment. We are also including a list of situations that could affect your SSI payment amount. We call these "Your Reporting Responsibilities" because you must report these changes to us so we can pay you the correct SSI amount. Please read the rest of this letter.

**SSI Payments in 2011**

Your SSI benefits are protected against inflation. By law, the SSI Federal benefit rate increases when there is a rise in the cost of living. The government measures changes in the cost of living through the Department of Labor's Consumer Price Index (CPI). The CPI has not risen since the last cost-of-living adjustment was determined in 2008. As a result, your SSI Federal benefit rate will stay the same in 2011.

**Your Reporting Responsibilities**

SSI payments may change if a person's situation changes. You are required to report any changes that may affect your SSI payments. You must report the change no later than 10 days after the month the change takes place. If you have a representative payee, that person must report the change for you or you may report the change yourself.

Please call 1-800-772-1213 or contact your local Social Security office to report any of the following changes:

- you start or stop work, or your wages increase or decrease;
- your bank account balance goes over $2,000 ($3,000 for a married couple);
- you move;
- anyone moves into or out of your household;
- someone in your household dies;
- you marry, separate, or divorce;
- you are under age 18 and a parent who lives with you marries, separates, or divorces;

Exhibit 2



# NEWBRIDGE BANK
*Your Way Forward*

P.O. Box 867 • Lexington, NC 27293-0867

3733 1 AT 0.357 ******AUTO**3-DIGIT 270
ROBERTA HILL 003733
413 N 2ND AVE
MAYODAN NC 27027-2412

3733
14

US TREASURY 310XN1*GD*ROBERTA HILL \N1*BE*BRIAN D HILL   12/30   874.00

&lt;T&gt; 23
0
0

ACCOUNT:
DOCUMENTS:
0

PAGE: 1
01/21/2011

www.newbridgebank.com

Member FDIC

Exhibit 4

C. Keith Willis, MD
Catherine A. Weymann, MD
William H. Hickling, MD
Jeffrey J. Schmidt, MD
James M. Love, MD
D. Courson Cunningham, Jr., MD
Rodney D. Soto, MD



**Guilford Neurologic**
A S S O C I A T E S

Adult & Child Neurology
EEG/Evoked Potentials
EMG/Nerve Conductions
Epilepsy/Headache
Neuroimaging

(336) 273-2511
Fax (336) 370-0287

May 11, 2001

Ms. Roberta Hill
289 Guilrock Lane
Brown Summit, N.C. 27214

RE: HILL, BRIAN
GNA #: 43055
GCH #: 25089
DOB: 05-26-90

To Whom It May Concern:

I am writing concerning my patient, Brian Hill. Brian is a nearly 10-year-old young man with high functioning autism and attention deficit disorder with hyperactivity, and brittle diabetes.

Brian has presented many challenges to his mother and to the school system. For the most part, he is well behaved in school, but he has good days and bad days, and on bad days, there are times that his mother has to come and get him from school when he becomes out of control.

Unlike many children that I care for who have a "shadow" at school (that is an adult who works one-on-one with the patient), Brian has not been provided with such a person.

Accordingly, when things get difficult, the school has no recourse but to contact his mother.

In addition, Brian has problems with insulin dependent diabetes mellitus. He is a brittle diabetic and can swing from very high sugars to very low sugars. Interestingly, when his diabetes is out of control, his behavior is worse.

I am writing on behalf of his mother to state that she is unable to work because she needs to be available at all times to care for her son, Brian.

This will be necessary as long as there is no one available to take care of him when he has behavioral outbursts. It will likely even be necessary after that time, because I don't believe that we can leave the care of his diabetes to anyone less than a nurse, if that person is serving in the capacity of mother to treat hyper or hypoglycemia.

If you have any questions about this or I can be of assistance, do not hesitate to contact me.

Sincerely yours,

William H. Hickling, M.D.
WHH:sp

1910 N. Church Street   •   Greensboro, North Carolina 27405

## Exhibit 5

Tue, December 7, 2010 10:17:38 AM
[Arvixe][user: uswgo] Hosting Account uswgo Suspended
From: Arvixe Support
        <support@arvixe.com>
        Add to Contacts
To:    Brian Hill <rbhill67@yahoo.com>

Can't see this message properly? Click on http://www.arvixe.com/mailing.php?id=e7a286e199799976026fab4a2ac3fec0 to view it on the web.



Sent: 2010-12-07 07:17:38

Dear Brian Hill,

The hosting account listed below has been suspended. The reason for suspension is also listed below.

    Domain: **uswgo.com**
  Username: **uswgo**
Account Status: **Suspended**
Suspension Date: **2010-12-07 07:17:38**

Reason for Suspension: **TOS / AUP Violation - Excessive Resource Usage (UPGRADE REQUIRED)**

Please contact us at **1-888-927-8493** or by replying to this email ASAP to resolve this issue.

Thank you for choosing Arvixe,

Arvixe Support
support@arvixe.com

Exhibit 7

## FACTS

22. The Work constitutes copyrightable subject matter, pursuant to 17 U.S.C. § 102(a)(5).

23. Righthaven is the owner of the copyright in and to the Work.

24. The Work was originally published on or about November 18, 2010.

25. On December 8, 2010, the United States Copyright Office (the "USCO") granted Righthaven the registration to the Work, copyright registration number VA0001751279 (the "Registration") and attached hereto as Exhibit 4 is evidence of the Registration in the form of a printout of the official USCO database record depicting the occurrence of the Registration.

26. On or about December 1, 2010, Mr. Hill displayed, and continues to display, the Infringement on the Website.

**They knew that Brian had the photo on his website on Dec. 1 and then they got the copyright on Dec. 8; therefore they knew who they were going to sue before they even got the copyright on the photo.**