Case 11-CV-00211-JLK-MEH

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 11-CV-00211-JLK-MEH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* BRIAN D. HILL
was received by me on *(date)* 2-7-11.

☑ I personally served the summons on the individual at *(place)* Brian D. Hill 413 N. 2ND AVE MAYODAN NC on *(date)* 2-7-11 ; or 6:40 pm

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ ---------- for travel and $ ---------- for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 2-7-11

Chris Barricks
*Server's signature*

Chris Barricks (Process Server)
*Printed name and title*

6908 Mayward Rd Summerfield NC 27358
*Server's address*

Additional information regarding attempted service, etc: