**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:11-cv-00211-JLK

RIGHTHAVEN LLC, a Nevada limited-liability company,

       Plaintiff,

v.

BRIAN D. HILL, an individual,

       Defendant

---

### ENTRY OF APPEARANCE OF COUNSEL FOR DEFENDANT

---

    COMES NOW the undersigned, members of the bar of this Court, and herewith enters appearances as counsels for the above-named Defendant.

    DATED at Fort Collins, Colorado this, 25th day of February, 2011.

        Santangelo Law Offices, P.C.
        Firm Name

        David S. Kerr
        Name of Attorney

        40,947
        Bar Registration Number

        Luke R. Santangelo
        Name of Attorney

        13,447
        Bar Registration Number

        125 South Howes, 3rd Floor
        Office Address

        Fort Collins, CO 80521
        City, State, and Zip Code

        970 224 3100
        Office Telephone Number

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing ENTRY OF APPEARANCE OF COUNSEL FOR DEFENDANT, was served by EFS on this 25th day of February, 2011 upon the following counsel:

Steven G. Ganim
sganim@righthaven.com

/Michael Blackmore/
Michael Blackmore