# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 11-cv-211-JLK

RIGHTHAVEN LLC, a Nevada limited-liability company,
Plaintiff,

v.

BRIAN D. HILL, an individual,
Defendant.

_____

## MOTION TO EXTEND TIME TO ANSWER OR
## OTHERWISE RESPOND TO COMPLAINT
_____

Defendant, Brian Hill, through his counsel hereby requests that this Court extend the time in which to Answer or otherwise respond to the Complaint in this matter. As grounds for this motion, the Defendant states as follows:

### Certificate of Compliance with D.C.Colo.LCivR 7.1

Pursuant to D.C.Colo.L.CivR. 7.1(A), counsel for Defendant has conferred with Plaintiff's counsel concerning the relief Defendant seeks herein. Plaintiff's counsel has refused to consent to the relief sought herein.

1. Defendant recently retained the below-signed counsel in this case. Upon engagement, counsel immediately entered its appearance Friday, February 25, 2011.

2. As the Court's file in this matter reveals, on February 22, 2011, Defendant Brian Hill filed an initial *pro se* letter to this Court. This letter was filed prior to any of the undersigned's

involvement with the Defendant Hill. Defendant Hill's letter is entitled "Answer to the summons."

3. Opposing counsel for Plaintiff has indicated verbally to the undersigned that it considers the letter as the Defendant's answer, however, issues remain nonetheless.

4. As the Defendant's letter explains, Defendant Hill apparently has a mental disorder that may, among other aspects, impact his legal status. Additionally, in spite of its heading, the Defendant's *pro se* letter does not reply to each allegation in the Complaint and does not raise all desired defenses. The Defendant's *pro se* filing is not adequate as a responsive pleading and its status as an answer is uncertain. This motion is filed to facilitate the filing of a more formal answer, to permit a response to all allegations if appropriate, to allow the raising of certain defenses, and to permit any other response issues to be raised.

5. Plaintiff served Defendant Hill with the Summons and Complaint in this matter on or about February 7, 2011. A formal answer may be due today, Monday, February 28, 2011.

6. The undersigned has requested that the counsel for the Defendant stipulate and consent to an extension of time pursuant to Local Rule 7.1(A). Counsel for the Plaintiff has refused.

7. The undersigned certifies that this request for extension is filed with the consent of the Defendant Hill and his parent, Roberta Hill. Further, a copy of this Motion is being served on Defendant Hill and his parent, Roberta Hill pursuant to D.Colo.L.Civ.R. 6.1(E).

8. Fed. Rule Civ. Proc. 4 and D.Colo.L.Civ.R. 6.1(C) permits this Court to extend the time in which to file and answer or otherwise respond. No prior extensions have been granted to Defendant Hill respond to the Complaint. This request is based on good cause and is not believed to prejudice the Plaintiff.

WHEREFORE, the Defendant Hill requests that this Court issue an order extending the time to answer or otherwise respond to Plaintiff's complaint for 21 days to and including March 21, 2011.

Respectfully submitted February 28th, 2011.

                                        **/s/David S. Kerr**
                                        **David S. Kerr**
Santangelo Law Offices, P.C.
125 South Howes St., 3rd Floor
Fort Collins, CO 80521
Facsimile: 970-224-3175
Telephone: 970-224-3100
Email: dkerr@idea-asset.com

Attorney for the Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**, was served by EFS on this 28th day of February, 2011 upon the following counsel:

Steven G. Ganim
sganim@righthaven.com

                                              /David Kerr/
                                              David Kerr