# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:11-cv-00211-JLK

RIGHTHAVEN LLC, a Nevada limited-liability company,

       Plaintiff,

v.

BRIAN D. HILL, an individual,

       Defendant.

## PROPOSED PLAN

Righthaven LLC ("Righthaven") responds to this Court's Minute Order ("Order"), dated February 14, 2011, by stating that it has effectuated service upon Defendant(s), whom have appeared in the above captioned matter, and has attempted to meet and confer with Defendant(s), by sending correspondence via U.S. Priority Mail to Defendant(s), with the Order, requesting that Defendant(s) telephonically contact counsel of record for Righthaven, in compliance with the Order. As of today's date, Righthaven and counsel of record for Defendant have engaged in substantive confidential settlement negotiations. While Righthaven is hopeful that a resolution in the matter can be reached, absent such a resolution, Righthaven submits the following Proposed Plan, which may be jointly amended based upon discussions between counsel:

1. A Magistrate Judge be reassigned to this matter, before whom a mandatory confidential settlement conference ("Conference") be held telephonically, or alternatively in person, between Righthaven and Defendant(s), and/or their counsel of record; and

/ / /

2. In the event that a mutually agreeable resolution of the matter is not reached during the above Conference, the parties shall hold at that time the pre-scheduling conference as required pursuant to Fed. R. Civ. P. 26(f) and/or a scheduling/planning conference pursuant to Fed. R. Civ. P. 16(b).

Dated this twenty-eighth day of February, 2011.

By: /s/ Shawn A. Mangano
SHAWN A. MANGANO, ESQ.
SHAWN A. MANGANO, LTD.
9960 West Cheyenne Avenue, Suite 170
Las Vegas. Nevada  89129-7701
Tel: (702) 304-0432
Fax: (702) 922-3851
shawn@manganolaw.com

STEVEN G. GANIM, ESQ.
RIGHTHAVEN LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
Tel: (702) 527-5900
Fax: (702) 527-5909
sganim@righthaven.com

*Attorneys for Plaintiff Righthaven LLC*