**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Judge John L. Kane

Civil Action No. **1:11-cv-00211-JLK**

**RIGHTHAVEN LLC**, a Nevada Limited Liability Company

Plaintiff,

v.

**BRIAN D. HILL**, an individual,

Defendant.

## ORDER

This matter is currently before me on Defendants' Motion to Extend Time to Answer or Otherwise Respond to Complaint (doc. 9). Although Plaintiff argues Defendant has already answered and refuses to consent to the relief sought, I find that justice requires the requested opportunity to amend and re-file this pleading. *See* Fed. R. Civ. P. 15(a)(2). Accordingly, Defendant's motion is GRANTED. Defendant shall have up to and including March 21, 2011, to file an amended answer or otherwise respond to the complaint.

Dated:  March 1, 2011                    BY THE COURT:

                                         **/s/ John L. Kane**
                                         Senior U.S. District Judge