**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 11-cv-211-JLK

RIGHTHAVEN LLC, a Nevada limited-liability company,
Plaintiff,

v.

BRIAN D. HILL, an individual,
Defendant.

_____

**DEFENDANT'S OMNIBUS MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED, LACK OF PERSONAL JURISDICTION, IMPROPER VENUE OR, ALTERNATIVELY, TO TRANSFER VENUE AND ATTORNEYS FEES**
_____

Pursuant to Federal Rules of Civil Procedure (FRCP) 12(b)(2), 12(b)(3), and 12(b)(6), as well as 28 U.S.C. §§§1631, 1406(a), and 1404, Defendant, Brian Hill by through his counsel SANTANGELO LAW OFFICES, P.C., respectfully moves this Court for the following relief:

1) Dismissal of Righthaven's complaint pursuant to FRCP 12(b)(6) for failure to state a claim upon which relief may be granted;

2) Dismissal of Righthaven's complaint pursuant to FRCP 12(b)(2) because Mr. Hill is not subject to personal jurisdiction in the State of Colorado, and any exercise of personal jurisdiction by this Court would be unreasonable;

3) An order limiting any further discovery into jurisdictional matters as unjustified by Righthaven's pleadings;

4) Dismissal of Righthaven's complaint pursuant to FRCP 12(b)(3) because the U.S. District Court for the District of Colorado is not an appropriate venue for this action;

5) In the alternative, transfer of the matter to the United States District Court for the Middle District of North Carolina; and

6) An award of reasonable attorney's fees.

Each and every aspect is supported by the Defendant's brief in support filed concurrently herewith.

Respectfully submitted March 21st, 2011.

        **/s/David S. Kerr**_____
**David S. Kerr**
Santangelo Law Offices, P.C.
125 South Howes St., 3rd Floor
Fort Collins, CO 80521
Facsimile: 970-224-3175
Telephone: 970-224-3100
Email: dkerr@idea-asset.com

        **/s/Luke Santangelo**_____
**Luke Santangelo**
Santangelo Law Offices, P.C.
125 South Howes St., 3rd Floor
Fort Collins, CO 80521
Facsimile: 970-224-3175
Telephone: 970-224-3100
Email: dkerr@idea-asset.com

Attorneys for the Defendant

**CERTIFICATE OF COMPLIANCE WITH D.C.COLO.LCIVR 7.1**

Pursuant to D.C.Colo.L.CivR. 7.1(A), counsel for Mr. Hill has conferred with Righthaven's counsel in compliance with the aforementioned rule.

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing DEFENDANT'S OMNIBUS MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED, LACK OF PERSONAL JURISDICTION, IMPROPER VENUE OR, ALTERNATIVELY, TO TRANSFER VENUE AND ATTORNEYS FEES was served by EFS on this 21st day of March, 2011 upon the following counsel:

Steven G. Ganim
Righthaven LLC
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701
Tel: (702) 527-5909
FAX: (702) 527-5909
sganim@righthaven.com


Shawn A. Mangano
Righthaven LLC
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701
Tel: (702) 527-5909
FAX: (702) 527-5909
shawn@manganolaw.com


      /s/ David S. Kerr
      Santangelo Law Offices, P.C.
      125 South Howes St., 3rd Floor
      Fort Collins, CO 80521
      Facsimile: 970-224-3175
      Telephone: 970-224-3100
      Email: dkerr@idea-asset.com