IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 11-cv-211-JLK

RIGHTHAVEN LLC, a Nevada limited-liability company,
Plaintiff,

v.

BRIAN D. HILL, an individual,
Defendant.

---

DECLARATION OF BRIAN HILL IN SUPPORT OF DEFENDANT'S OMNIBUS MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED, LACK OF PERSONAL JURISDICTION, IMPROPER VENUE OR, ALTERNATIVELY, TO TRANSFER VENUE AND ATTORNEYS FEES

---

I, Brian D. Hill, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746(2) that the following statements are true and correct:

1. I am resident of North Carolina, (Rockingham County) and the registrant domain name holder of the not-for-profit website www.uswgo.com.

2. I suffer from autism, as well as a rare and severe form of diabetes known as brittle type-1 diabetes, Attention Deficit Disorder (ADD) and hyperactivity.

3. These severe medical conditions require around the clock attention which is provided by my mother Roberta Hill.

4. Due to these medical conditions, I cannot work, and will likely not be able to work for the rest of his life.

5. My blood sugar must be monitored around the clock, even while I sleep. If left unchecked for an extended period, I could suffer a seizure or worse slip into a coma. My health condition is potentially life threatening.

6. My only source of income is a monthly Social Security Disability disbursement from the Federal Government.

7. My medical problems make it difficult for me to travel extended distances, and I would need to be accompanied by my mother should I be required to travel to Colorado.

8. As a result of the stress of the current pending lawsuit, my health has steadily declined placing me at risk of a serious, perhaps life threatening medical event.

9. Arvixie, LLC, is my former web-host and I have never worked on concert with them. Arvixie, LLC is the current owner of the domain name www.uswgo.com. The current and actual webhost being www.hostforweb.com. I do not work in concert with them either.

10. My website is dedicated to fostering alternative and at times unpopular political speech.

11. I do not have any "continuous and systematic" contacts with Colorado.

12. I am and have always been a citizen of North Carolina.

13. I am not domiciled in Colorado, and have never resided in Colorado.

14. I have never had a Colorado Driver's license, never owned property or paid rent to anyone in Colorado, and I have no friends or family in Colorado.

15. I have not sought to provide any goods or services to Colorado.

16. I do not have any offices, statutory agents, telephone listings or mailing addresses in Colorado. I have no bank accounts, licenses or other operations in Colorado.

17. I have never intentionally advertised my website in any newspaper, magazine, or other media distributed in Colorado.

18. I am not subject to taxation in Colorado.

19. I have never knowingly derived any income from Colorado.

20. I conduct no business in Colorado

21. I generate no revenue from Colorado, or any citizen or entity located therein

22. When asked by my Attorney how close I have ever come to Colorado, I responded that I once "went to New Mexico."

23. My website is a not-for-profit "hobby-blog."

24. Content on my site is provided to the public without charge.

25. I operate, and always have operated my website from North Carolina.

26. I do not attempt to profit, and I have not profited from the operation of my website.

27. I do not place advertisements on my website for revenue, but merely "banner exchanges" with fellow bloggers.

28. No money is exchanged for such banners.

29. These "exchange banners" are not related in any way to the photo at the center of this lawsuit.

30. I require donations from family, friends and other organizations at times just to pay the minimum hosting fees to maintain my site.

31. I conduct no business over the site, and enter into no contracts through the site.

32. To my knowledge no resident of Colorado has ever accessed my website, nor have I ever directed my site to Colorado residents.

33. I was not even aware that the photo was taken in Colorado, Denver -- if that is in fact true.

34. I did not know that the photo was taken in Colorado, and did not access it from a Colorado related site.

35. My first contact with the photo in question came when I accessed through the internet, what I reasonably believed to be a California based humor and parody website, www.deadseriousnews.com.

36. I am politically opposed to what I view as intrusive physical inspections conducted by employees for the Transportation Security Administration (TSA), and to the extent that such a parody appealed to my humor, I copied and pasted a copy of the parody article posted on November 21, 2010, entitled "Man arrested after ejaculating during TSA patdown."

37. The parody as it appeared on that site contained no watermark, copyright identification, or any other identifying marks that could possible tie it to Denver, Colorado, Righthaven, *The Denver Post*, or Media News Group, Inc. In fact, the bottom of the webpage contained a © symbol, with a reservation of all rights by an unknown person and/or entity "Bovine Excrement."

38. I believed that the apparently California based website was the creator of the work in question, and that it may have related to a public airport in San Francisco, California.

39. I attempted to correctly cite who I believed to be the author of the work. The subject photo accompanying the parody being compressed, and seeking a higher resolution version, I conducted a Google image search for the photo I believed was created by deadseriousnews.com. I cannot recall the exact search query used, but to my best recollection it was the title of the article, or at least a collection of keyword related to

such. Seeing that the subject photo had gone viral and readily appeared on numerous sites, I accessed an unknown amateur blog site that had another unattributed subject photo with commentary. This site had no connection with Colorado or Denver. It was not a news site. It was not a commercial site and was not the www.thedenverpost.com, nor referenced the Denver Post, Denver, Colorado or Righthaven. Further, I have never visited the Denver Post website prior to this lawsuit.

40. My website was suspended on December 7th, 2010, for excessive resource usage.

41. On information and belief, the photo in question was on my website for approximately 6 days, and suspended prior to Righthaven's grant of copyright registration.

42. If Righthaven, seeking to mitigate any accrued damages, contacted me informing me of the issue, I would have removed the photo from my website.

43. I have never entered the state of Colorado.

44. I have no other assets apart from my website, my computer, some clothes and a few small personal possessions.

45. My only mode of personal transportation is a single used car.

46. I have no license and cannot drive.

47. I have no credit cards or other access to credit.

48. I live with my mother, Roberta Hill in a rented Housing and Urban Development (HUD) dwelling, and have no savings or other bank accounts.

49. It would cost approximately $2500 dollars, just for airfare and lodging for me, my mother, travel from Raleigh, North Carolina to Denver for approximately 6 days. When food, and other costs are added, a single trip to Colorado could likely approach nearly half my entire yearly disability income.

50. Upon learning about the current pending action from a reporter at the *Las Vegas Sun*, my Mother and I contacted counsel for Righthaven. We tried to explain that I was mentally and physically disabled, had no assets, and that my only source of income for our family is my monthly social security disability check, nor do I have any other assignable source of income.

51. Counsel for Righthaven offered to let me out of the lawsuit only for an amount that was far, far beyond my means, and let it be known that defending the case would cost much more that the settlement amount

52. Righthaven refused to dismiss the case based on my medical and/or financial condition.

Dated this 21st day of March, 2011.

By: *Brian D. Hill*
Brian D. Hill

5