IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 11-cv-211-JLK

RIGHTHAVEN LLC, a Nevada limited-liability company,
Plaintiff,

v.

BRIAN D. HILL, an individual,
Defendant.

---

DECLARATION OF ROBERTA HILL IN SUPPORT OF DEFENDANT'S OMNIBUS MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED, LACK OF PERSONAL JURISDICTION, IMPROPER VENUE OR, ALTERNATIVELY, TO TRANSFER VENUE AND ATTORNEYS FEES

---

I, Roberta Hill, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746(2) that the following statements are true and correct:

1. Brian Hill is my son. He suffers from autism, as well as a rare and severe form of diabetes known as brittle type-1 diabetes, Attention Deficit Disorder (ADD) and hyperactivity.

2. Because of these severe medical conditions, Brian requires around the clock attention. Such care is provided by me.

3. Due to these medical conditions, Brian cannot work, and will likely not be able to work for the rest of his life.

4. Brian's blood sugar must be monitored around the clock, even while he sleeps. If left unchecked for an extended period, Brian could suffer a seizure or worse slip into a coma. Such condition is potentially life threatening.

5. I cannot work due to the need to constantly attend to Brian's medical needs.

6. My only source of income is Brian's monthly Social Security Disability disbursement from the Federal Government.

7. Brian's medial problems make it difficult for him to travel extended distances, and I would need to accompany him should he be required to travel to Colorado.

8. As a result of the stress of the current pending lawsuit, my son's health has steadily declined placing him at risk of a serious, perhaps life threatening medical event.

9. Brian's website is dedicated to fostering alternative and at times unpopular political speech. Brian has never profited, nor tried to profit from his website www.uswgo.com. His website is primarily an outlet for Brian to cope with his medical conditions and stress.

10. Brian has no other assets apart from his website, his computer, some clothes and a few small personal possessions. I also have no assets apart from small personal possessions.

11. My only means of transportation is a single used car.

12. Brian has no license and cannot drive.

13. Brian has no credit cards or other access to credit.

14. Brian and I live in a rented Housing and Urban Development (HUD) dwelling, and Brian has no savings or other bank accounts.

1. It would cost approximately $2500 dollars, just for airfare and lodging for me, and Brian to, travel from Raleigh, North Carolina to Denver for approximately 6 days. When food, and other costs are added, a single trip to Colorado could likely approach nearly half Brian's yearly disability income.

15. Upon learning about the current pending action from a reporter at the *Las Vegas Sun*, Brian and I contacted counsel for Righthaven. We tried to explain that he was mentally and physically disabled, had no assets, and that the only source of income for both of us is his monthly social security disability check, and that we did he have any other assignable source of income.

16. Counsel for Righthaven offered to let Brian out of the lawsuit only for an amount that was far, far beyond our means, and told us that defending the case would cost much more that the settlement amount.

17. Righthaven refused to dismiss the case based on Brian's medical and/or financial condition.

Dated this 21st day of March, 2011.

By: *Roberta Hill*
Roberta Hill