# Exhibit A

## Exhibit 5

Tue, December 7, 2010 10:17:38 AM
[Arvixe][user: uswgo] Hosting Account uswgo Suspended
From: Arvixe Support
&lt;support@arvixe.com&gt;
Add to Contacts
To:   Brian Hill &lt;rbhill67@yahoo.com&gt;

Can't see this message properly? Click on http://www.arvixe.com/mailing.php?id=e7a286e1997999976026fab4a2ac3fec0 to view it on the web.

**ARVIXE**

Sent: 2010-12-07 07:17:38

Dear                                   Brian                                   Hill,

The hosting account listed below has been suspended. The reason for suspension is also listed below.

Domain: **uswgo.com**

Username: **uswgo**

Account Status: **Suspended**

Suspension Date: **2010-12-07 07:17:38**

Reason for Suspension: **TOS / AUP Violation - Excessive Resource Usage (UPGRADE REQUIRED)**

Please   contact   us   at   **1-888-927-8493**   or   by   replying   to   this   email   ASAP   to   resolve   this   issue.

Thank              you              for              choosing              Arvixe,

Arvixe                                                                                           Support
support@arvixe.com