# Exhibit B

Web  Images  Videos  Maps  News  Shopping  Gmail  more ▾                Sign in



TSA pat down photo                    Search

About 290,000 results (0.06 seconds)                Advanced search

**Images for TSA pat down photo** - Report images

 
 

**Breitbart.tv » Pat-Down Pics Put TSA Screenings in Perspective**
Nov 19, 2010 ... A **photo** from a Denver Post slideshow demonstrates in vivid detail just how personal the **TSA's** new enhanced security **pat**-downs get.
www.breitbart.tv/**pat-down**-pics-put-**tsa**-screenings-in-perspective/ - Cached

**Photos** of **Pat-Downs** and Body Scans at Denver Airport (DIA ...
Nov 18, 2010 ... And in recent weeks, **TSA** screeners also have escalated the **pat-down** procedure on passengers in a way that some say is far too intrusive. ...
**photos**.denverpost.com/mediacenter/.../dia-**pat-down**s-and-body-scans/ - Cached

**Controversy over pat-downs, body scans lands at DIA - The Denver Post**
Nov 18, 2010 ... **TSA pat-downs** have evolved into more of a light massage ...
www.denverpost.com › Denver & the West - Cached

  Show more results from denverpost.com

**Photos: How Your TSA Pat-Down Will Look On Opt-Out Day: Gothamist**
Nov 22, 2010 ... **Photos**: How Your **TSA Pat-Down** Will Look On Opt-Out Day. On Wednesday an unknown number of travelers are expected to participate in National ...
gothamist.com/2010/11/.../**photos**_what_your_**tsa**_**pat-down**_will.php - Cached

**Get your daily dose of TSA patdown pictures at thedailypatdown ...**
Dec 16, 2010 ... Every once in a while it's fun to take a step back from the whole **TSA** security discussion and take a look at how far.

**Everything**
Images
Videos
News
Shopping
More

**Fort Collins, CO**
Change location

**Any time**
Latest
Past 24 hours
Past week
Past month
Past 3 months
Past year
Custom range...
**All results**
Sites with images
Nearby

More search tools

www.gadling.com/.../get-your-daily-dose-of-**tsa**-**patdown**-pictures-at-thedaily**patdown**/ - Cached

**TSA Agents Respond To Pat-Down Anger (PHOTOS, POLL)**
Nov 22, 2010 ... Editor's Note: Due to editorial consideration with respect to third party sourcing, we have removed this post.
www.huffingtonpost.com/.../**tsa**-agents-complaints_n_786846.html - Cached

**TSA pat-down leaves traveler covered in urine - Travel - News ...**
Dec 21, 2010 ... Jump to **photos**. Airport Body Searches. Jump to discussion. **TSA pat-down** leaves traveler covered in urine. Jump to related. Travel News.
www.msnbc.msn.com/id/40291856/ns/travel-news/ - Cached

**'TSA pat-down' photo draws more Righthaven copyright lawsuits ...**
Feb 1, 2011 ... In all four cases, the website operators are accused of displaying the same Denver Post "**TSA** enhanced **pat-down**" **photo** on their websites. ...
www.lasvegassun.com/.../**tsa**-**pat**-**down**-**photo**-draws-more-righthaven-copyright/ - Cached

**Ready for Your TSA Pat-Down? - Photo Gallery - LIFE**
Nov 22, 2010 ... Travelers this holidays season are facing more than just the usual maddening woes of late flights, traffic jams, and obnoxious, loud, ...
www.life.com/image/107077487/in-gallery/52741 - Cached

**Pat-down pics put TSA screenings in perspective - Bing Videos**
Nov 18, 2010 ... Nov. 18: A **photo** from a Denver Post slideshow demonstrates in vivid detail just how personal the **TSA's** new enhanced security **pat**-downs get.
www.bing.com/videos/watch/video/**pat**-**down**-pics...**tsa**.../6xuklm4 - Cached

Ads

**Avoid TSA Security Lines**
Why Wait? Join CLEAR Now!
Now Open Denver and Orlando
Colorado
www.clearme.com

See your ad here »

1 2 3 4 5 6 7 8 9 10     **Next**

TSA pat down photo         Search

Search Help    Give us feedback

Google Home    Advertising Programs    Business Solutions    Privacy    About Google