# Exhibit C

Web **Images** Videos Maps News Shopping Gmail more ▾  Sign in

 | TSA pat down photo | Search | SafeSearch moderate ▾

About 85,100 results (0.08 seconds) — Advanced search

Everything
**Images**
Videos
News
Shopping
More

**Any size**
Large
Medium
Icon
Larger than...
Exactly...
**Any type**
Face
Photo
Clip art
Line drawing
**Any color**
Full color
Black and white


to do a crotch **pat down**.
400 × 283 - 15k - jpg
thehappyhospitalist...


or lesbians to "**pat down**"
244 × 183 - 7k - jpg
americansfortruth.com


**TSA pat-down** ends with
405 × 304 - 42k - jpg
watchyoursetup.com


**TSA Patdown** Outrage
480 × 360 - 51k - jpg
cbsnews.com


Can the internet bring down
400 × 351 - 38k - jpg
venturebeat.com


**TSA Pat-Down** Procedures Get
263 × 263 - 15k - jpg
petergreenberg.com


**TSA-Pat-Down**.jpg. In this Nov.
590 × 401 - 85k - jpg
annarbor.com

**patted down** by a male **TSA**
380 × 480 - 47k - jpg
blackmediascoop.com


**Tsa pat down**.
500 × 340 - 39k - jpg
fugly.com


about **TSA Pat Downs**
500 × 388 - 34k - jpg
politicalroast.blogspot.com


Editorial Cartoon: **TSA Pat**
500 × 411 - 115k - png
beartoons.com


performs a **pat-down** search
405 × 304 - 42k - jpg
katu.com


through a **TSA pat down**.
275 × 246 - 12k - jpg
sfgate.com


traveler during a **pat-down**
806 × 579 - 64k - jpg
today.msnbc.msn.com


**TSA pat downs**: 'Horrible'
475 × 307 - 57k - jpg
thejobvault.com


Security Agency (**TSA**).
550 × 374 - 45k - jpg
theiowarepublican.com


The **TSA** agent proceeds with
467 × 312 - 89k - jpg
sarahforreal.wordpress.com


After A **TSA Pat-Down**
609 × 489 - 48k - jpg
sitfu.com


**TSA pat down**
585 × 500 - 41k - jpg
geeky-gadgets.com


frightened by **TSA pat down**
400 × 300 - 11k - jpg
businessinsider.com

1 2 3 4 5 6 7 8 9 10  Next

Search

Google Images Home    Report Offensive Images    Help

Google Home    Advertising Programs    Business Solutions    Privacy    About Google