# Exhibit D

Thursday, March 17, 2011

- Home
- About
- Privacy Policy
- Our Staff
- Contact

**Dead Serious News**

The world's only dead serious news source

**Solar Energy Charity**
Helping Relieve Poverty Though The Provision of Solar Energy. Join Us!

Public Service Ads by Google

- Business
- Entertainment
- Health
- International
- Politics
- Sports
- Tech
- U.S.

Posts Comments
You are here: Home / U.S. / Man arrested after ejaculating during TSA pat-down

# Man arrested after ejaculating during TSA pat-down

November 21, 2010 by Dead Serious News · Leave a Comment

A 47 year old gay man was arrested at San Francisco International Airport after ejaculating while being patted down by a male TSA agent. Percy Cummings, an interior designer from San Francisco, is being held without bail after the alleged incident, charged with sexually assaulting a Federal agent.

According to Cummings' partner, Sergio Armani, Cummings has "multiple piercings on his manhood" which were detected during a full body scan. As a result, Cummings was pulled aside for a pat-down. Armani stated that the unidentified TSA agent spent "an inordinate amount of time groping" Cummings, who had apparently become sexually aroused. Cummings, who has a history of sexual

dysfunction, ejaculated while the TSA agent's hand was feeling the piercings. The TSA agent, according to several witnesses, promptly called for back up. Cummings was thrown to the ground and handcuffed.

A TSA spokesperson declined to comment on this specific case, but said that anyone ejaculating during a pat-down would be subject to arrest.

**Related articles:**

- "Percy Cummings" top Tweet of 2010
- TSA agent forces elderly woman to empty colostomy bag
- WikiLeaks to release Percy Cummings arrest documents
- CIA: Al Qaeda developing suppository explosive device
- President Obama pardons Percy Cummings

**Share and Enjoy:**

Filed under U.S. · Tagged with

Comments are closed.

- 

- **Breaking News**

    Budweiser to test market beer brewed with reclaimed sewer water
- **Search**

    Search for:                    [ Search ]

- **Recent News**

    - Earthquake in Japan causes world shortage of Ben Wa balls
    - Charlie Sheen takes credit for Japan earthquake
    - Justin Bieber goes on 1,218 tweet rant after Grammy snub
    - Thousands of gay men line up for Verizon iPhone
    - Super Bowl trophy damaged in drunken shower celebration
    - Prison officials in Iowa find innovative solution to reduce rape

- **Categories**

    - Business
    - Entertainment
    - Health
    - International
    - Politics
    - Sports
    - Tech
    - U.S.

- **Archives**

    - March 2011
    - February 2011
    - January 2011
    - December 2010
    - November 2010
    - October 2010
    - August 2010
    - July 2010
    - June 2010
    - May 2010
    - April 2010

- **Meta**

    - Log in
    - WordPress
    - XHTML

Copyright © 2011 · All Rights Reserved Powered by Bovine Excrement; Log in



Welcome Guest

My Account    Login    Sign Up

| Domains | Hosting | Email | Website Builder | Digital Certificates | Support | Resellers |

Home   My Account   Register Domain   Transfer Domain   Support   Contact Us   Whois   Knowledge Base   Hot Deals!!!

## Whois Search Results

**Domain Name : deadseriousnews.com**

=-=-=-=
Visit AboutUs.org for more information about deadseriousnews.com
AboutUs: deadseriousnews.com

Registration Service Provided By: Namecheap.com
Contact: support@namecheap.com
Visit: http://namecheap.com

Domain name: deadseriousnews.com

Registrant Contact:
WhoisGuard
WhoisGuard Protected ()

Fax:
8939 S. Sepulveda Blvd. #110 - 732
Westchester, CA 90045
US

Administrative Contact:
WhoisGuard
WhoisGuard Protected ( 0e47b0d6709f4f0c8a91a2d88a72e0dd.protect@whoisguard.com )
+1.6613102107
Fax:
8939 S. Sepulveda Blvd. #110 - 732
Westchester, CA 90045
US

Technical Contact:
WhoisGuard
WhoisGuard Protected ( 0e47b0d6709f4f0c8a91a2d88a72e0dd.protect@whoisguard.com )
+1.6613102107
Fax:
8939 S. Sepulveda Blvd. #110 - 732
Westchester, CA 90045
US

Status: Locked

Name Servers:
ns1.mddservices.com
ns2.mddservices.com

Creation date: 02 Apr 2010 16:08:00
Expiration date: 02 Apr 2012 11:08:00

Get Noticed on the Internet! Increase visibility for this domain name by listing it at

**Quick Links**

Register New
Transfer
Bulk Register
Bulk Transfer
Name Suggestion Tool
Price List
FREE Services

**Hot Deals!!!**

.CO.IN, NET.IN, ORG.IN,
GEN.IN, FIRM.IN, IND.IN
**SALE!** USD 3.88

.MOBI **SALE!** USD 9.88

.IN **SALE!** USD 3.88

.ASIA **SALE!** USD 6.88

.CN.COM **SALE!** USD 11.88

**Web/Email Hosting**

Linux Hosting Plans
Windows Hosting Plans
Email-only Plans

**Digital Certificates**

View Plans
Features
Compare Plans

www.whoisbusinesslistings.com
=-=-=-=
The data in this whois database is provided to you for information
purposes only, that is, to assist you in obtaining information about or
related to a domain name registration record. We make this information
available "as is," and do not guarantee its accuracy. By submitting a
whois query, you agree that you will use this data only for lawful
purposes and that, under no circumstances will you use this data to: (1)
enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or (2) allow,
enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic
mail, or by telephone. The compilation, repackaging, dissemination or
other use of this data is expressly prohibited without prior written
consent from us.

We reserve the right to modify these terms at any time. By submitting
this query, you agree to abide by these terms.

**Search the WHOIS Database**

**Domain Name** *
EXAMPLE: somedomain.com

**Security Key** *



Please insert the security key from the
image above into the box below. This
key is used to verify that this page is
not accessed by any automated
processes.

Home | My Account | Register Domain | Transfer Domain | Web Hosting | Email Hosting | Digital Certificates | Whois | Contact Us | Legal

Copyright © Whois.com Pte Ltd. All Rights Reserved.