Exhibit E

Sign in



Man arrested after ejaculating during TSA pat down

Search

SafeSearch moderate ▾

About 938 results (0.05 seconds)

Advanced search

Everything
**Images**
Videos
News
Shopping
More

**Any size**
Large
Medium
Icon
Larger than...
Exactly...
**Any type**
Face
Photo
Clip art
Line drawing
**Any color**
Full color
Black and white



**Man arrested after ejaculating**
400 × 283 - 15k - jpg
globalistagenda.com



**Man arrested after ejaculating**
200 × 113 - 10k - jpg
deadseriousnews.com



**Man arrested after ejaculating**
300 × 264 - 28k - jpg
nggaa.wordpress.com



**MAN ARRESTED AFTER EJACULATING**
590 × 401 - 85k - jpg
dabxblogger.com



**TSAPatDown Man Arrested After**
400 × 283 - 25k - jpg
hiphophater.com



A 47 year old gay **man** was
380 × 480 - 47k - jpg
blackniddiascoop.com



A 47 year old gay **man** was
369 × 261 - 21k
estergordberg.com



A 47 year old gay **man** was
530 × 353 - 41k - jpg
hnltw.com



airport **pat down** procedure
500 × 341 - 23k - jpg
heavenhollywood.wordpress.com



**TSA-Pat-Down** Seriously.
320 × 226 - 14k
anythingurban.typepad.com



**Man arrested after ejaculating**
553 × 311 - 25k - php
globalistagenda.com



**Man arrested after ejaculating**
423 × 432 - 46k - jpg
shavedlongcock.blogspot.com



The **TSA** agent, according to
288 × 288 - 2114k - jpg
3045tv.blogspot.com



**Man Arrested After Ejaculating**
300 × 212 - 19k - jpg
hiphophater.com



The **TSA** agent, according to
283 × 497 - 56k - jpg
wheretheginsgo.com



**Man Arrested After Ejaculating**
125 × 83 - 12k - jpg
buzzfeed.com



It seems that the **TSA** is
199 × 210 - 17k - gif
shave-my-balls.com



**during TSA pat-down** : Dead
200 × 221 - 14k
gabberface.com



**Man Arrested After Ejaculating**
90 × 60 - 7k - jpg
buzzfeed.com



**Man Arrested After Ejaculating**
400 × 400 - 65k - jpg
keepittrill.com

1 2 3 4 5 6 7 8 9 10   **Next**

Man arrested after ejaculating during TSA pat down

Search

Google Images Home    Report Offensive Images    Help

Google Home    Advertising Programs    Business Solutions    Privacy    About Google