# Exhibit F

Web  Images  Videos  Maps  News  Shopping  Gmail  more ▾                                                    Sign in

# Google

Man arrested after ejaculating during TSA patdown                    Search
About 4,810 results (0.19 seconds)                                   Advanced search

**Everything**

Images

Videos

News

Shopping

More

Fort Collins, CO
Change location

Show search tools

Did you mean: Man arrested after ejaculating during TSA *pat down*

**Man arrested after ejaculating during TSA pat-down** : Dead Serious News
Nov 21, 2010 ... A 47 year old gay **man** was **arrested** at San Francisco International Airport **after ejaculating** while being patted down by a male **TSA** agent. ...
www.deadseriousnews.com/?p=573 - Cached

snopes.com: **Man Arrested After Ejaculating During TSA Pat-Down**
Was an air traveler **arrested after ejaculating during** a **TSA patdown**?
www.snopes.com/politics/satire/patdown.asp

**Man Arrested After Ejaculating During TSA Pat-down**: Links, Pics ...
**Man Arrested After Ejaculating During TSA Pat-down**: Best headline in the history of headlines...
www.buzzfeed.com/.../man-arrested-after-ejaculating-during-tsa-pat-down 133y - Cached

Liberty Pulse - **Man arrested after ejaculating during TSA pat-down**
Sep 21, 2009 ... **TSA** was giving this guy a 'hard' time and the **man** wasn't able to control himself...could this really happen in real life? Satire: .
libertypulse.com/.../man-arrested-after-ejaculating-during-tsa-pat-down  Cached

**Man Arrested After Ejaculating During TSA Pat-down** | San Diego | Yelp
36 posts  5 authors  Last post: Dec 25, 2010
"**Man ejaculates during TSA pat down? Ejaculate** confiscated since it ... for daring to resist the **TSA**, she was **arrested** http://ow.ly/3upEC ...
www.yelp.com/ san diego man arrested-after-ejaculating-during-tsa-pat-down   Cached

   **Man arrested after ejaculating during TSA pat-down** | Los Angeles ...
   **Man arrested after ejaculating during TSA pat-down** | Chicago
   **Man arrested after ejaculating during TSA pat-down** | San Francisco ...
   More results from yelp.com »

**Man Arrested After Ejaculating During TSA Pat-Down** - ThisIs50.com
Nov 30, 2010 ... A **man** who became aroused **during** a **TSA pat-down** was **arrested after** he **ejaculated** on an agent, according to a bizarre, unverified report.
www.thisis50.com/profiles/blogs/man-arrested-after-ejaculating - Cached

**Man arrested after ejaculating during TSA pat-down** | Ron Paul 2012 ...
**Man arrested after ejaculating during TSA pat-down**. Submitted by want_my_country_back on Mon, 11/29/2010 - 13:05 ...
www.dailypaul.com › Forums › Current Events  Cached

**Man arrested after ejaculating during TSA pat-down** - Baltimore Sun ...
20 posts  14 authors  Last post: Dec 1, 2010
A 47 year old gay **man** was **arrested** at San Francisco International Airport **after ejaculating** while being patted down by a male **TSA** agent. ...
talk.baltimoresun.com › News › National/World News  Cached

**Man arrested after ejaculating during TSA pat-down** - News and ...
15 posts  13 authors  Last post: Dec 15, 2010
Posted: Mon Nov 29, 2010 3:52 pm Post subject: **Man arrested after ejaculating during TSA pat-down**, Reply with quote ...
www.wrongplanet.net/postt144561.html - Cached

**Man arrested after ejaculating during TSA pat-down** - WhiteNewsNow ...
6 posts  5 authors  Last post: Nov 30, 2010
**Man arrested after ejaculating during TSA pat-down** : Dead Serious News.
www.whitenewsnow.com/tsa.../11055-man-arrested-after-ejaculating-during-tsa-pat-down.html - Cached

Did you mean to search for: Man arrested after ejaculating during TSA *pat down*

1  2  3  4  5  6  7  8  9  10    Next

Man arrested after ejaculating during TSA patdown                    Search

Search Help    Give us feedback

Google Home    Advertising Programs    Business Solutions    Privacy    About Google