# Exhibit G

# Mail Online

# They tell me there's no other way: Obama defends TSA pat-downs (but as President he gets to skip them)

By Daily Mail Reporter
Last updated at 2:13 PM on 21st November 2010

- U.S. pilots to be exempt from pat-downs
- Cancer survivor is forced to show her prosthetic breast to TSA agents
- Another woman likens her pat-down to 'sexual assault'
- Orlando airport may ditch TSA in favour of private firm
- Fears of travel chaos as Thanksgiving approaches

President Barack Obama has defended TSA amid a growing furore over whether new 'aggressive' pat-downs at airport security are over the top.

The U.S. President, speaking at a Nato summit in Lisbon today, said he understands the frustrations of U.S. airline passengers who are subject to intrusive security screenings.

He said he has asked security officials whether there's a less intrusive approach.

But security officials have told him that the current procedures are the only ones considered effective enough right now to guard against terrorist threats.



Controversy: President Barack Obama wades into the furore over airport security at a Nato summit in Lisbon today

As President, Mr Obama does not have to pass through normal airport security himself. He admitted he has not experienced the new patdowns and imaging devices now in use.

He spoke amid a growing backlash against the new screening.

Pilots are getting a break from going through the stepped-up and intrusive screening of airline passengers.

But, just days before the hectic Thanksgiving holiday travel period, Transportation Security Administration chief John Pistole offered little hope of a similar reprieve for regular passengers, who are complaining loudly about the new measures.

The TSA agreed yesterday to let uniformed airline pilots skip the body scans and aggressive pat-downs at the heart of a national uproar.



**Touchy subject: Passengers have voiced their disapproval at being submitted to pat-downs at airports**

Pilots must pass through a metal detector at airport checkpoints and present photo IDs that prove their identity.

The victory for pilots followed a two-year lobbying campaign by their union leaders that reached a fever pitch in the past two weeks.

Their bid was boosted by hero pilot Chesley Sullenberger, who said pilots should be treated as 'trusted partners' in the fight against terrorism.

The complaints of pilots like Sullenberger, who successfully landed a passenger jet in the Hudson River in January 2009, gave weight to the movement to roll back the new procedures.

With pilots apparently satisfied, the TSA's most prominent critic may be a California software engineer who recorded himself threatening a TSA inspector, 'If you touch my junk, I'll have you arrested.'



**Too far: Enhanced airport security including enhanced pat-downs like the one pictured has raised concerns from civil liberties unions**



**Images: A passenger stands in one of the full-body scanners and, left, the X-Ray image of his body**

## IS THERE A RISK OF RADIATION?