# Exhibit H

# denverpost.com
## THE DENVER POST

denver and the west

# Controversy over pat-downs, body scans lands at DIA

By Jeffrey Leib
*The Denver Post*

Posted: 11/18/2010 01:00:00 AM MST

Updated: 11/18/2010 09:33:54 PM MST



Transportation Security Administration agents perform enhanced pat-downs on passengers at DIA on Wednesday amid growing controversy about the screenings and full-body scanners, one week before Thanksgiving air travelers crowd airports. (Craig F. Walker, The Denver Post)

Despite ongoing criticism from some Washington lawmakers and many travelers, Transportation Security Administration chief John Pistole refused Wednesday to back off the agency's position that tougher airport screening techniques are needed to counter evolving threats.

"I'm not going to change those policies," he declared to lawmakers.

At U.S. airports, the TSA has been deploying more advanced imaging scanners that perform a kind of electronic strip-search on passengers and allow screeners hidden in control rooms to search the images for concealed weapons and explosives.

And in recent weeks, TSA screeners also have escalated the pat-down procedure on passengers in a way that some say is far too intrusive.

"I'm

frankly bothered by the level of these pat-downs," Sen. George LeMieux, R-Fla., told Pistole, who was testifying before the Senate Committee on Commerce, Science and Transportation.

"I wouldn't want my wife to be touched in the way that these folks are being touched," LeMieux said. "I wouldn't want to be touched that way."

Pistole, who has been subjected to a pat-down himself, said: "It is clearly more invasive." But the procedures are necessary, he said, to detect

Advertisement

Get a ADT-Monitored Home Security System.
(With $99 customer installation and purchase of ADT alarm monitoring services. See important terms and conditions below.)

Call Now!
1-877-835-8373

SECURITY CHOICE  AUTHORIZED DEALER



Print Powered By Dynamics