# Exhibit I

Exhibit 2

NEWBRIDGE BANK
Your Way Forward

P.O. Box 867 • Lexington, NC 27293-0867

www.newbridgebank.com

Member FDIC

ACCOUNT: [redacted]
DOCUMENTS: 0
PAGE: 1
01/21/2011

3733 1 AT 0.357 *******AUTO**3-DIGIT 270
003733
ROBERTA HILL
413 N 2ND AVE 3733
MAYODAN NC 27027-2412 14

<T> 23
0
0

US TREASURY 310XN1*GD*ROBERTA HILL \N1*BE*BRIAN D HILL 12/30 874.00