# Exhibit J



Open a FREE Account | Log in | Help

Enter search term..    Whois Search    Search

## IP Information for 173.248.187.17

**IP Location:** United States Franklin Mddhosting Llc
**ASN:** AS30475
**Resolve Host:** echo.supportedns.com
**IP Address:** 173.248.187.17 [W] [R] [P] [D] [T]
**Reverse IP:** 243 websites use this address. (examples: 3deadmonkeys.com acmite.com.au aerometa.com allfasttracktofatloss.com)

```
NetRange:       173.248.187.0 - 173.248.187.255
CIDR:           173.248.187.0/24
OriginAS:       AS30475
NetName:        MDD-173-248-187-0-24
NetHandle:      NET-173-248-187-0-1
Parent:         NET-173-248-128-0-1
NetType:        Reassigned
RegDate:        2010-11-11
Updated:        2010-11-11
Ref:            http://whois.arin.net/rest/net/NET-173-248-187-0-1

OrgName:        MDDHosting LLC
OrgId:          ML-1
Address:        P.O. Box 1065
City:           Franklin
StateProv:      IN
PostalCode:     46131
Country:        US
RegDate:        2010-10-25
Updated:        2010-10-25
Comment:        http://www.mddhosting.com/
Ref:            http://whois.arin.net/rest/org/ML-1

OrgTechHandle: DENNE-ARIN
OrgTechName:   Denney, Michael
OrgTechPhone:  +1-866-758-4678
OrgTechEmail:  michaeld@mddhosting.com
OrgTechRef:    http://whois.arin.net/rest/poc/DENNE-ARIN

OrgNOCHandle: DENNE-ARIN
OrgNOCName:   Denney, Michael
OrgNOCPhone:  +1-866-758-4678
OrgNOCEmail:  michaeld@mddhosting.com
OrgNOCRef:    http://whois.arin.net/rest/poc/DENNE-ARIN

OrgAbuseHandle: ABUSE2810-ARIN
OrgAbuseName:   ABUSE
OrgAbusePhone:  +1-866-758-4678
OrgAbuseEmail:  abuse@mddhosting.com
OrgAbuseRef:    http://whois.arin.net/rest/poc/ABUSE2810-ARIN

RAbuseHandle: ABUSE2810-ARIN
RAbuseName:   ABUSE
RAbusePhone:  +1-866-758-4678
RAbuseEmail:  abuse@mddhosting.com
RAbuseRef:    http://whois.arin.net/rest/poc/ABUSE2810-ARIN

NetRange:       173.248.128.0 - 173.248.191.255
CIDR:           173.248.128.0/18
OriginAS:       AS30475
NetName:        NET-WEHOST-3
NetHandle:      NET-173-248-128-0-1
Parent:         NET-173-0-0-0-0
NetType:        Direct Allocation
NameServer:     NS2.WEHOSTWEBSITES.COM
NameServer:     NS1.WEHOSTWEBSITES.COM
RegDate:        2010-05-13
Updated:        2010-05-13
Ref:            http://whois.arin.net/rest/net/NET-173-248-128-0-1

OrgName:        WeHostWebSites.com
OrgId:          WEHOST-1
Address:        1801 California Street
Address:        Suite 240
City:           Denver
```

```
StateProv:      CO
PostalCode:     80202
Country:        US
RegDate:        2002-04-17
Updated:        2009-08-13
Ref:            http://whois.arin.net/rest/org/WEHOST-1

ReferralServer: rwhois://rwhois.wehostwebsites.com:4321

OrgTechHandle: ZZ4166-ARIN
OrgTechName:   operations, network
OrgTechPhone:  +1-303-414-6910
OrgTechEmail:  noc@wehostwebsites.com

OrgTechRef:    http://whois.arin.net/rest/poc/ZZ4166-ARIN

OrgNOCHandle: ZZ4166-ARIN
OrgNOCName:   operations, network
OrgNOCPhone:  +1-303-414-6910
OrgNOCEmail:  noc@wehostwebsites.com

OrgNOCRef:    http://whois.arin.net/rest/poc/ZZ4166-ARIN

OrgAbuseHandle: ABUSE1191-ARIN
OrgAbuseName:   Abuse Department
OrgAbusePhone:  +1-303-414-6910
OrgAbuseEmail:  abuse@wehostwebsites.com

OrgAbuseRef:    http://whois.arin.net/rest/poc/ABUSE1191-ARIN

RNOCHandle: ZZ4166-ARIN
RNOCName:   operations, network
RNOCPhone:  +1-303-414-6910
RNOCEmail:  noc@wehostwebsites.com

RNOCRef:    http://whois.arin.net/rest/poc/ZZ4166-ARIN

RTechHandle: ZZ4166-ARIN
RTechName:   operations, network
RTechPhone:  +1-303-414-6910
RTechEmail:  noc@wehostwebsites.com

RTechRef:    http://whois.arin.net/rest/poc/ZZ4166-ARIN

RAbuseHandle: ABUSE1191-ARIN
RAbuseName:   Abuse Department
RAbusePhone:  +1-303-414-6910
RAbuseEmail:  abuse@wehostwebsites.com

RAbuseRef:    http://whois.arin.net/rest/poc/ABUSE1191-ARIN
```

Memberships | About Us | Blog | API | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2011 DomainTools, LLC All rights reserved.