# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:11-cv-00211-JLK

RIGHTHAVEN LLC, a Nevada limited-liability company,

        Plaintiff,

v.

BRIAN D. HILL, an individual,

        Defendant.

## CORPORATE DISCLOSURE STATEMENT WITH CERTIFICATE OF SERVICE

In accordance with Fed. R. Civ. P. 7.1 and D.C.COLO.LCivR 7.4, the undersigned, counsel of record for Righthaven LLC, certifies that the following have a direct, pecuniary interest in the outcome of this case:

1. Righthaven LLC, a Nevada limited-liability company;
2. SI Content Monitor LLC, an Arkansas limited-liability company; and
3. Net Sortie Systems, LLC, a Nevada limited-liability company.

These representations are made to enable judges of the Court to evaluate possible disqualifications or recusal.

Dated this 5th day of April, 2011.

    By: /s/ Steven G. Ganim
    STEVEN G. GANIM, ESQ.
    RIGHTHAVEN LLC
    9960 West Cheyenne Avenue, Suite 210
    Las Vegas, Nevada 89129-7701
    Tel: (702) 527-5900
    Fax: (702) 527-5909
    sganim@righthaven.com

    *Attorney for Plaintiff Righthaven LLC*

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am an employee of Righthaven LLC and that on this 5th day of April, 2011, I caused **CORPORATE DISCLOSURE STATEMENT WITH CERTIFICATE OF SERVICE** to be to be served by the Court's CM/ECF system.

By: /s/ Steven G. Ganim
Steven G. Ganim, Esq.
RIGHTHAVEN LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
Tel: (702) 527-5900
Fax: (702) 527-5909
sganim@righthaven.com

*Attorney for Plaintiff Righthaven LLC*