# EXHIBIT A

## David S. Kerr

**From:** David S. Kerr
**Sent:** Wednesday, March 30, 2011 11:24 AM
**To:** Anne Pieroni; Luke Santangelo
**Cc:** shawn@manganolaw.com; Steven Ganim; Josh Aronson
**Subject:** RE: Confidential: Righthaven v. Brian Hill; 1:11-cv-00213-JLK

Anne & Shawn –

Luke is in a meeting and asked me to forward this to your attention. If you have any questions feel free to contact him directly.

We have reviewed your settlement proposal and have generally identified at least three initial concerns:

Further, now that we have motions pending that could resolve everything, discussion could be a bit premature. Since resolution is not possible before your answers to our pending motions are filed, we will expect those answers as currently due. We can pursue settlement discussions while the court processes continue, but we cannot let them hold it up.

Best Regards,

**David S. Kerr**
Santangelo Law Offices, P.C.
125 South Howes St., 3rd Floor
Fort Collins, CO 80521
Facsimile: 970-224-3175
Telephone: 970-224-3100
Email: dkerr@idea-asset.com
www.idea-asset.com

*Warning*
This email, and any attachments, is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone 970-224-3100.