# EXHIBIT B

**From:** Luke Santangelo
**Sent:** Monday, April 04, 2011 9:19 AM
**To:** 'Anne Pieroni'
**Cc:** Jane Warren
**Subject:** RE: Righthaven LLC v. Hill

Settlement efforts are not yet close enough and cannot be used to delay your court response.

Luke Santangelo