## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **1:11-cv-00211-JLK**


**RIGHTHAVEN LLC**, a Nevada Limited Liability Company

      Plaintiff,

          v.

**BRIAN D. HILL**, an individual,

      Defendant.

---

### ORDER

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff has filed a Notice of Voluntary

Dismissal (doc. 17) of its complaint against Defendant Brian D. Hill.  As Plaintiff properly notes,

no court order is required to effectuate this dismissal.  The majority of Plaintiff's Notice of

Voluntary Dismissal is, however, immaterial and impertinent.  Pursuant to my authority under

Fed. R. Civ. P. Rule 12(f), those portions of Plaintiff's Notice of Voluntary Dismissal which are

immaterial and impertinent, namely all text following Plaintiff's statement that "The notice

closes the file for this case," are STRICKEN.


Dated:  April 11, 2011                    BY THE COURT:

                                    **/s/ John L. Kane**
                                    Senior U.S. District Judge