EXHIBIT "A"

## David S. Kerr

**From:** shawn@
**Sent:** Monday, February 28, 2011 7:31 PM
**To:** David S. Kerr
**Cc:** Anne Pieroni
**Subject:** RE: Righthaven v. Hill; 1:11-cv-00213-JLK - protected under 408

Mr. Kerr:

So are we to take that your settlement proposal has been withdrawn after our client discovered the recent article and your client's posting of same?

S

Shawn A. Mangano, Esq.
Shawn A. Mangano, Ltd.
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129
(702) 304-0432 - telephone
(702) 922-3851 - facsimile
*Licensed in California, Nevada and Illinois*