# EXHIBIT "B"

## David S. Kerr

**From:** Luke Santangelo
**Sent:** Thursday, March 10, 2011 10:39 AM
**To:** apieroni@.
**Cc:** Jane Warren
**Subject:** Hill settlement proposal

Anne --

Following up on our conversation from yesterday, I want to confirm to you what I stated -- and give you the confidence of a written correspondence -- that both yesterday's conversation and the settlement proposal you are sending will be treated as confidential.

I look forward to receiving the formal proposed agreement by early Friday afternoon MST since I will be out Mon-Wed of next week.

Luke Santangelo
*Warning*
This email, and any attachments, is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone 970-224-3100.

Santangelo Law Offices, P.C.

125 South Howes St., 3rd Floor

Fort Collins, CO 80521

Telephone: 970-224-3100

Facsimile: 970-224-3175

LSantangelo@idea-asset.com

www.idea-asset.com

5/16/2011