# EXHIBIT "C"

## David S. Kerr

**From:**     Anne Pieroni [APieroni@

**Sent:**     Friday, March 11, 2011 5:55 PM

**To:**       Luke Santangelo; David S. Kerr

**Cc:**       Jane Warren

**Subject:** *Confidential* RE: Hill settlement proposal

David and Luke:

Our business affairs department has not yet completed the proposed settlement agreement.  I apologize for the delay.  I anticipate that you will have it no later than Monday.

Best regards,
Anne E. Pieroni, Esq.
Counsel for Righthaven LLC
9960 W. Cheyenne Ave., Suite 210
Las Vegas, NV 89129
Tel:  702.527.5901
Fax: 702.527.5909
Email: apieroni@righthaven.com

Privileged and Confidential
This email, including attachments, is intended for the person(s) or company named and may contain confidential and/or legally privileged information. Unauthorized disclosure, copying or use of this information may be unlawful and is prohibited. This email and any attachments are believed to be free of any virus or other defect that might affect any computer into which it is received and opened, and it is the responsibility of the recipient to ensure it is virus free, and no responsibility is accepted by sender, for any loss or damage arising in any way from its use. If you have received this communication in error, please immediately notify the sender at 702-527-5900, or by electronic mail.

**From:** Luke Santangelo [mailto:LukeS@i
**Sent:** Thursday, March 10, 2011 9:39 AM
**To:** Anne Pieroni
**Cc:** Jane Warren
**Subject:** Hill settlement proposal

Anne –

Following up on our conversation from yesterday, I want to confirm to you what I stated -- and give you the confidence of a written correspondence -- that both yesterday's conversation and the settlement proposal you are sending will be treated as confidential.

I look forward to receiving the formal proposed agreement by early Friday afternoon MST since I will be out Mon-Wed of next week.

Luke Santangelo
*Warning*
This email, and any attachments, is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone 970-224-3100.
Santangelo Law Offices, P.C.
125 South Howes St., 3rd Floor
Fort Collins, CO 80521
Telephone: 970-224-3100
Facsimile: 970-224-3175
LSantangelo@idea-asset.com
www.idea-asset.com