EXHIBIT "D"

## David S. Kerr

**From:** Anne Pieroni [APieroni@r
**Sent:** Tuesday, March 15, 2011 2:58 PM
**To:** David S. Kerr; Luke Santangelo
**Cc:** Steven Ganim; Shawn Mangano
**Subject:** FYI - Hill Online Postings

David:

Your client started a petition on March 12, 2011. I thought the postings were supposed to end? We are almost done with the document we previously discussed and will be emailing it to you today.

Best regards,
Anne E. Pieroni, Esq.
Counsel for Righthaven LLC
9960 W. Cheyenne Ave., Suite 210
Las Vegas, NV 89129
Tel: 702.527.5901
Fax: 702.527.5909
Email: apieroni@righthaven.com

Privileged and Confidential
This email, including attachments, is intended for the person(s) or company named and may contain confidential and/or legally privileged information. Unauthorized disclosure, copying or use of this information may be unlawful and is prohibited. This email and any attachments are believed to be free of any virus or other defect that might affect any computer into which it is received and opened, and it is the responsibility of the recipient to ensure it is virus free, and no responsibility is accepted by sender, for any loss or damage arising in any way from its use. If you have received this communication in error, please immediately notify the sender at 702-527-5900, or by electronic mail.