IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 11-cv-211-JLK

RIGHTHAVEN LLC, a Nevada limited-liability company,
Plaintiff,

v.

BRIAN D. HILL, an individual,
Defendant.

## DECLARATION OF DAVID S. KERR, ESQ.

I, DAVID S. KERR, Esq., hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746(2) that the following statements are true and correct:

1. I am an attorney in good standing and licensed to practice in Colorado and before The United States District Court for the District of Colorado.

2. On March 9, 2011, the parties re-initiated settlement negotiations. During that telephonic conference, counsel for Righthaven Anne Pieroni indicated that she only had the authority to make an initial offer and did not have authority to settle the case on behalf of Righthaven and neither counsel of record Mr. Mangano, nor Mr. Ganim participated in the discussion. Further Mrs. Pieroni clearly and specifically indicated that such settlement offer was not because of Mr. Hill's medical or mental disabilities. Contemporaneous notes were taken confirming such comments and can be provided should the Court so require.

3. During the March 9, 2011 conference, counsel for Righthaven, Mrs. Pieroni indicated that such written terms would be completed and forwarded to my attention by at least March 11, 2011, a date well before Mr. Hill's March 21st response deadline.

Dated this 19th day of May, 2011.

By: _____
David S. Kerr, Esq.

1