

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**OFFICE OF THE CLERK**

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj United States Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

# MEMORANDUM

TO: File No.   11-cv-00211-JLK

FROM: Eileen Van Alphen, CAS

SUBJECT: Sealing of Document

DATE: May 20, 2011

    Pursuant to the instruction of Judge John L. Kane's chambers this date, document [27] Exhibit # **7** , filed December 17, 2011, Defendant's Reply to Response to Motion to Dismiss , has been SEALED. Counsel inadvertently filed this as a public document. This will be SEALED pending a ruling on a Motion to SEAL.