**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Judge John L. Kane

Civil Action No. **1:11-cv-00211-JLK**

**RIGHTHAVEN LLC**, a Nevada Limited Liability Company

    Plaintiff,

        v.

**BRIAN D. HILL**, an individual,

    Defendant.

---

## ORDER

---

This matter is currently before me on Defendant's Unopposed Motion to Seal (doc. 29). Having reviewed the motion, and good cause appearing therein, the motion is GRANTED. Exhibit 7 to Defendant's Reply in Support of his Motion for Attorney Fees (doc. 27-7) shall remain sealed, and the Clerk shall accept for filing Plaintiff's redacted exhibit (doc. 30).

Dated:  May 23, 2011                                       BY THE COURT:

                                                                  **/s/ John L. Kane**

                                                                  Senior U.S. District Judge