

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
OFFICE OF THE CLERK**

GREGORY C. LANGHAM  
CLERK OF COURT

Room A-105  
Alfred A. Arraj United States Courthouse  
901 19th Street  
Denver, Colorado 80294  
Phone(303) 844-3433  
www.cod.uscourts.gov

# *AMENDED* MEMORANDUM

TO: File No.   11-cv-00211-JLK

FROM: Eileen Van Alphen, CAS

SUBJECT: Sealing of Document

DATE: May 26, 2011

      Pursuant to the instruction of Judge John L. Kane's chambers this date, document [27] Exhibit # **7** , filed May 19, 2011, Defendant's Reply to Response to Motion to Dismiss , has been SEALED. Counsel inadvertently filed this as a public document. This will be SEALED pending a ruling on a Motion to SEAL.