**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:11-cv-00211-JLK

RIGHTHAVEN LLC, a Nevada limited-liability company,

        Plaintiff,

v.

BRIAN D. HILL, an individual,

        Defendant.

---

**AMENDED CORPORATE DISCLOSURE STATEMENT**

In accordance with Fed. R. Civ. P. 7.1 and D.C.COLO.LCivR 7.4, the undersigned, counsel of record for Righthaven LLC, discloses the following entities:

1. Righthaven LLC, a Nevada limited-liability company;
2. SI Content Monitor LLC, an Arkansas limited-liability company;
3. Net Sortie Systems LLC, a Nevada limited-liability company; and
4. Media News Group, Inc., a Delaware corporation.

These representations are made to enable judges of the Court to evaluate possible disqualifications or recusal.

Dated this 23rd day of June, 2011.

        By: /s/ Steven G. Ganim
        STEVEN G. GANIM, ESQ.
        RIGHTHAVEN LLC
        4475 South Pecos Road
        Las Vegas, Nevada 89121
        Tel: (702) 527-5900
        Fax: (702) 527-5909
        sganim@righthaven.com

        *Attorney for Plaintiff Righthaven LLC*