**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:11-cv-00211-JLK

RIGHTHAVEN LLC, a Nevada limited-liability company,

        Plaintiff,

v.

BRIAN D. HILL, an individual,

        Defendant.

---

**NOTICE OF CHANGE OF ADDRESS**

---

      In accordance with D.C.COLO.LCivR 10.1M, the undersigned, counsel of record for Righthaven LLC, submits this Notice of Change of Address. The undersigned's new address is:

    Steven G. Ganim, Esq.
    Righthaven LLC
    4475 South Pecos Road
    Las Vegas, Nevada 89121

    Dated this 27th day of June, 2011.

                                        By: /s/ Steven G. Ganim
                                        STEVEN G. GANIM, ESQ.
                                        RIGHTHAVEN LLC
                                        4475 South Pecos Road
                                        Las Vegas, Nevada 89121
                                        Tel: (702) 527-5900
                                        Fax: (702) 527-5909
                                        sganim@righthaven.com

                                        *Attorney for Plaintiff Righthaven LLC*