**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:11-cv-00211-JLK

RIGHTHAVEN LLC, a Nevada limited-liability company,

   Plaintiff,

v.

BRIAN D. HILL, an individual,

   Defendant.

**NOTICE OF CHANGE OF ADDRESS**

   In accordance with D.C.COLO.LCivR 10.1(M), the undersigned hereby makes the following notification of change of mailing address, email address and telephone number:

  STEVEN G. GANIM, ESQ.
  Post Office Box 230812
  Las Vegas, Nevada 89105
  Tel: (702) 324.5347
  sgganim@gmail.com

  Dated this 17$^h$ day of August, 2011.

            By: /s/ Steven G. Ganim
            STEVEN G. GANIM, ESQ.
            Post Office Box 230812
            Las Vegas, Nevada 89105
            Tel: (702) 324.5347
            sgganim@gmail.com

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that on this 17th day of August, 2011, I caused a copy of the NOTICE OF CHANGE OF ADDRESS to be served via the Court's CM/ECF system, as well as depositing a copy of the foregoing in the United States Mail to the following persons:

Righthaven LLC
4475 South Pecos Road
Las Vegas, Nevada 89121

David Stevens Kerr, Esq.
Luke Robert Santangelo, Esq.
Santangelo Law Offices, P.C.
125 South Howes Street, Third Floor
Fort Collins, CO 80521

/s/ Steven G. Ganim