**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:11-cv-00211-JLK

RIGHTHAVEN LLC, a Nevada limited-liability company,

        Plaintiff,

v.

BRIAN D. HILL, an individual,

        Defendant.

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

STEVEN G. GANIM, Esq. respectfully moves this Court for an Order permitting Steven G. Ganim ("Mr. Ganim"), who has appeared in these proceedings, to withdraw as counsel for Righthaven LLC ("Righthaven"), in the above-styled matter, pursuant to D.C.COLO.LCivR 83.3 (D) and Rule 1.16 of the Colorado Rules of Professional Conduct. In support thereof, the undersigned states as follows:

1. Mr. Ganim is no longer employed by Righthaven, due to recently being laid off.

2. Pursuant to Rule 1.16(a)(3) of the Colorado Rules of Professional Conduct, a lawyer is required to withdraw from the representation of a client if the lawyer is discharged.

3. Mr. Ganim has complied with the notification requirements of D.C.COLO.LCivR 83.3 (D). Please see the Notice of Withdraw of Appearance, attached hereto as Exhibit "1".

4. No party will be prejudiced or otherwise affected by Mr. Ganim's withdrawal, as Righthaven is currently represented by other counsel.

5. The relief requested in this Motion is sought in good faith and not for the purposes of delay.

## **RULE 7.1(A) CERTIFICATION**

Mr. Ganim conferred with David Kerr of Santangelo Law Offices, P.C., counsel for defendant in this matter, concerning the relief requested herein. Defendant does not oppose this Motion.

WHEREFORE, the undersigned counsel respectfully requests to withdraw from representing Righthaven in the instant matter.

Dated this 28th day of August, 2011.

By: /s/ Steven G. Ganim
STEVEN G. GANIM, ESQ.
Post Office Box 230812
Las Vegas, Nevada 89105
Tel: (702) 324.5347
sgganim@gmail.com

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that on this 28th day of August, 2011, I caused a copy of the MOTION TO WITHDRAW AS COUNSEL to be served via the Court's CM/ECF system, as well as depositing a copy of the foregoing in the United States Mail to the following persons:

    David Stevens Kerr, Esq.
    Luke Robert Santangelo, Esq.
    Santangelo Law Offices, P.C.
    125 South Howes Street, Third Floor
    Fort Collins, CO 80521

    Righthaven LLC
    4475 South Pecos Road
    Las Vegas, Nevada 89121

                                          /s/ Steven G. Ganim