# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:11-cv-00211-JLK

RIGHTHAVEN LLC, a Nevada limited-liability company,

        Plaintiff,

v.

BRIAN D. HILL, an individual,

        Defendant.

## NOTICE OF WITHDRAWAL OF APPEARANCE

In accordance with D.C.COLO.LCivR 83.3 (D) and Rule 1.16 of the Colorado Rules of Professional Conduct, the undersigned hereby certifies as follows:

1. The undersigned intends to withdraw as attorney of record for Righthaven LLC ("Righthaven"), in the above-styled matter.

2. Pursuant to D.C.COLO.LCivR 83.3 (D), the undersigned hereby notifies Righthaven of the following: (a) Righthaven is personally responsible for complying with all court orders and time limitations established by any applicable rules; and (b) Righthaven cannot appear without counsel admitted to practice before this court, and absent prompt appearance of substitute counsel, pleadings, motions, and other papers may be stricken, and default judgment or other sanctions may be imposed against the entity.

Dated this 17th day of August, 2011.

                                                  By: /s/ Steven G. Ganim
                                                  STEVEN G. GANIM, ESQ.
                                                  Post Office Box 230812
                                                  Las Vegas, Nevada 89105
                                                  Tel: (702) 324.5347
                                                  sgganim@gmail.com

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that on this 17th day of August, 2011, I caused a copy of the NOTICE OF WITHDRAWAL OF APPEARANCE to be served via the Court's CM/ECF system, as well as depositing a copy of the foregoing in the United States Mail to the following persons:

Righthaven LLC
4475 South Pecos Road
Las Vegas, Nevada 89121

David Stevens Kerr, Esq.
Luke Robert Santangelo, Esq.
Santangelo Law Offices, P.C.
125 South Howes Street, Third Floor
Fort Collins, CO 80521

/s/ Steven G. Ganim