**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:11-cv-00211-JLK

RIGHTHAVEN LLC, a Nevada limited-liability company,

      Plaintiff,

v.

BRIAN D. HILL, an individual,

      Defendant.

---

**ORDER**

---

      This matter is currently before me on the Unopposed Motion to Withdraw as Counsel (Doc. 41) filed by Plaintiff's counsel, Steven G. Ganim.  I have reviewed Mr. Ganim's Motion, and I find good cause appearing.  Accordingly, pursuant to D.C.COLO.L.CivR 83.3(D), Mr. Ganim's Motion to GRANTED.  It is ORDERED that:

    1.    Mr. Ganim is hereby withdrawn from his representation of Righthaven LLC.

    2.    The Clerk of the Court shall terminate the association of Mr. Ganim with Righthaven LLC.

      Dated this _____ day of August, 2011.

                                         BY THE COURT:

                                         **/s/ John L. Kane**
                                         Senior U.S. District Judge