IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **11-cv-211-JLK**

**RIGHTHAVEN, LLC, a Nevada limited liability company,**

      Plaintiff,

v.

**BRIAN D. HILL, an individual,**

      Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Unopposed Motion to Withdraw as Counsel (doc. #41), filed August 28, 2011, is **GRANTED**. Steven G. Ganim is permitted to withdraw as counsel of record for plaintiff. Electronic noticing shall be terminated for Mr. Ganim.

Dated:  August 30, 2011